## BALTIMORE & OHIO RAILROAD CO. ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.

No. 143.   Decided April 4, 1966.

*Hugh B. Cox* and *William H. Allen* for appellants.

*Douglas F. Smith, Howard J. Trienens, George L. Saunders, Jr., John E. McCullough, S. R. Brittingham,*

*Jr., Monroe E. Clinton, Frank S. Farrell, Lawrence W. Hobbs, L. E. Torinus, Jr.,* and *E. L. Van Dellen* for appellees Atchison, Topeka & Santa Fe Railway Co. et al., and *E. P. Porter, Alan C. Furth, Charles W. Burkett, Robert L. Pierce* and *Thormund A. Miller* for appellees Southern Pacific Co. et al., on memoranda suggesting that the cause is moot. *Robert Y. Thornton,* Attorney General of Oregon, *Lloyd G. Hammel* and *Richard W. Sabin,* Assistant Attorneys General, *John J. O'Connell,* Attorney General of Washington, and *Frank P. Hayes,* Assistant Attorney General, for intervening plaintiffs-appellees, Regulatory Commissions of the State of Arizona et al., and *Mary Moran Pajalich* and *J. Thomason Phelps* for intervening plaintiffs-appellees, the State of California et al., on motions to affirm. *Solicitor General Marshall* and *Robert W. Ginnane* on the memorandum for the United States and the Interstate Commerce Commission in response to the suggestions of mootness and in opposition to the motions to affirm.

PER CURIAM.

We treat the order of the District Court as divisible from the appeals in No. 159, *Chicago & North Western R. Co.* v. *Atchison, Topeka & Santa Fe R. Co.,* and No. 576, *United States* v. *Atchison, Topeka & Santa Fe R. Co.* Upon consideration of the memoranda of certain appellees and an examination of the entire record, the judgment is vacated as respects the parties to this appeal and to that extent the cause is remanded to the District Court with instructions to dismiss the case as moot.